**No. 40141.**—Protests 580829–G, etc., of Gimbel Bros., Inc., Delaware, et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bird cages, atomizers, and boxes chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was

therefore sustained. *United States* v. *Friedlænder* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Heemsoth* v. *United States* (T. D. 49191) cited.

Opinion by DALLINGER, J.  It was stipulated that the articles in question are chiefly used on the table and in the household for utilitarian purposes or hollow ware.  The claim at 40 percent under paragraph 339 was therefore sustained.  *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Heemsoth* v. *United States* (T. D. 49191) cited.